Christopher J. Reichman  SBN 250485
Justin Prato SBM 250485
PRATO & REICHMAN, APC
3675 Ruffin Rd., Suite 220
San Diego, California 92123
Telephone: (619) 886-0252
Justinp@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>CYGNUS CORPORATE SERVICES DBA MASTER KEY CAPITAL, | **Case No: 8:23-cv-02074-AB-DFM**<br><br><br>**NOTICE OF SETTLEMENT; REQUEST COURT TO RETAIN JURISDICTION UNTIL JUNE 1, 2024** |

Notice of Settlement

Comes now Plaintiff PAUL SAPAN, to notify the Court pursuant to Local Rule 16-15.7 that the parties have reached private settlement of the material issues in dispute in the above captioned case.

The parties plan to file a Joint Motion To Dismiss The Entire Case With Prejudice no later than June 1, 2024, because the terms of the settlement require an undertaking in each month until that date. Therefore, we request the Court retain jurisdiction or ordered refiling date if dismissed without prejudice by the Court until June 1, 2024. The Parties will file a request for dismissal with prejudice upon final settlement at or before that time.

DATED: February 16, 2024                    **PRATO & REICHMAN, APC**

                                            /s/Justin Prato, Esq.
                                            By: Justin Prato, Esq.
                                            **Prato & Reichman, APC**
                                            Attorneys for Plaintiff,

- 2 -

Notice of Settlement

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via ECF

Darin R. Dominguez (SBN 182173)
Law Office of Darin R. Dominguez
18000 Studebaker Rd, Suite 700
Cerritos, CA 90703
Direct line/cell (562) 619-5408
Office Tel. (562) 467-6962
Email: drdlawfirm@gmail.com

DATED: February 16, 2024                    **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,

Notice of Settlement