JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated, | Case No. 8:23-cv-02074-AB-DFM |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| CYGNUS CORPORATE SERVICES DBA MASTER KEY CAPITAL, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown **by June 1, 2024,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 28, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE